UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-26087-JKO
Adversary Case No.: 12-01834-JKO

IN RE:
VALOR CORPORATION OF FLORIDA

    Debtor.
_____/

DEFENSA, S.A.
a foreign corporation,

    Plaintiff,

v.

VALOR CORPORATION OF FLORIDA,
a Florida corporation,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. BANKR. P. 7041 AND FED. R. CIV. P. 41(a)(1)(A)**

    Plaintiff Defensa, S.A., by and through its undersigned counsel, hereby provides notice of voluntary dismissal of the claims set forth in the Complaint to Determine Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 523(a)(4), filed by Plaintiff on August 7, 2012 (the "Adversary Complaint"). Plaintiff's voluntary dismissal of the Adversary Complaint shall not be construed as a waiver of Plaintiff's right to file a proof of claim in the core bankruptcy proceeding pursuant to FED. R. BANKR. P. 3002.

Dated this 17th day of August, 2012.

          Respectfully submitted,

          /s/ Patrick J. O'Connor

          Patrick J. O'Connor
          Florida Bar No. 0715778
          **HARPER MEYER PEREZ HAGEN O'CONNOR & ALBERT LLP**
          201 S. Biscayne Boulevard, Suite 800
          Miami, Florida 33131
          Telephone: +1 (305) 577-3443
          Facsimile: +1 (305) 577-9921
          Email: pjoconnor@harpermeyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: /s/ Patrick J. O'Connor

**SERVICE LIST:**
Julie E. Hough, Esq.
Hough Law Group, P.A.
320 S.E. 11th Street
Fort Lauderdale, FL 33316
Telephone: (954) 239-4760
Facsimile: (954) 239-4761
Email: jhough@houghlawgroup.com

John A. Moffa, Esq.
Salkin, Moffa & Bonacquisti, LLP
1776 N. Pine Island Road, Suite 222
Plantation, FL 33322
Telephone: (954) 634-4733
Facsimile: (954) 337-0637
Email: john@trusteelawfirm.com